**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFFS' COUNSEL ON SIGNATURE LINE]

*Attorneys for Plaintiffs,*
Anthony Reo; and, Bryan Reo

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | |
|---|---|
| ANTHONY REO; AND, BRYAN REO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CARIBBEAN CRUISE LINE, INC.,<br><br>Defendant. | **Case No.:** 1:14-cv-01374<br><br>**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* FOR MATTHEW M. LOKER, ESQ.** |

///
///
///
///
///
///
///
///

Plaintiffs ANTHONY REO; and, BRYAN REO ("Plaintiffs"), by and through Plaintiffs' undersigned counsel, hereby move this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Matthew M. Loker, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of Matthew M. Loker, which is incorporated herein by reference.

As established by the said Affidavit, Matthew M. Loker (California Bar No.: 279939) is a member in good standing of the Courts to which he is admitted. Further, Matthew M. Loker agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel for Plaintiff respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Matthew M. Loker.

Dated: June 24, 2014                                    **KAZEROUNI LAW GROUP, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFFS, ANTHONY REO; AND, BRYAN REO

ADDITIONAL PLAINTIFFS' COUNSEL:

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228