Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff,*
Anthony Reo; and, Bryan Reo

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

| | |
|---|---|
| **ANTHONY REO; AND, BRYAN REO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**CARIBBEAN CRUISE LINE, INC.,**<br><br>Defendant. | Case No: 1:14-cv-01374-DCN<br><br>**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* FOR JOSHUA B. SWIGART, ESQ.** |

Plaintiffs ANTHONY REO; and, BRYAN REO ("Plaintiffs"), by and through Plaintiffs' undersigned counsel, hereby move this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Joshua B. Swigart, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of Joshua B. Swigart, which is incorporated herein by reference.

As established by the said Affidavit, Joshua B. Swigart (California Bar No.: 225557) is a member in good standing of the Courts to which he is admitted. Further, Joshua B. Swigart agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel for Plaintiff respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Joshua B. Swigart.

Dated: July 19, 2014                  **HYDE & SWIGART**

By:  /s/ Joshua B. Swigart
     Joshua B. Swigart
     Attorney for Plaintiff

[Additional Attorneys for the Plaintiff]

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523


Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
**LAW OFFICES OF TODD M. FRIEDMAN PC**
324 South Beverly Drive, Suite 725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 366-0228