PAUL ZIEGLER (0012364)
McNeal, Schick, Archibald, & Biro Co., L.P.A.
123 West Prospect Avenue, Suite 250
Cleveland, Ohio 44115
216-621-9870
Fax: 216-522-1112
Email: ziggy@msablaw.com
*Attorney for Defendant Caribbean Cruise Line, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO-EASTERN DIVISION

| | |
|---|---|
| ANTHONY REO; AND BRYAN REO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CARIBBEAN CRUISE LINE, INC.,<br>　　　　Defendant. | Case No. Case No. 1:14-cv-01374-DCN<br><br><br><br><br><br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Jeffrey A. Backman, Esq., in support of this Motion, we will move this Court pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio for an Order allowing the admission of Jeffrey A. Backman, Esq., a Shareholder of the firm of Greenspoon Marder, P.A. and a member of good standing of the Bar of the State of Florida, as attorney pro

18996016v1

hac vice to argue or try this case in whole or in part as counsel for Defendant Caribbean Cruise Line, Inc.[1] There are no pending disciplinary proceedings against him any State or Federal court.

Respectfully submitted,

**MCNEAL, SCHICK, ARCHIBALD & BIRO CO., L.P.A.**

*/s/Paul W. Ziegler*
PAUL W. ZIEGLER (0012364)
ziggy@msablaw.com
123 West Prospect Avenue, Suite 250
Cleveland, OH 44115
(216) 621-9870
*Attorney for Defendant*

---

[1]. By filing this Motion for Pro Hac Vice Admission, the Defendant does not waive any defense under Rule 12 of the Federal Rules of Civil Procedure, including the defense of lack of personal jurisdiction.

18996016v1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on this Wednesday, August 06, 2014.

Abbas Kazerounian, Esq.  
ak@kazlg.com  
Matthew M. Loker, Esq.  
ml@kazlg.com  
KAZEROUNI LAW GROUP, APC  
120 S. LaSalle Street, Suite 1800  
Chicago, Illinois 60603-3593  
(800) 400-6808  
(800) 520-5523 (FAX)

Joshua B. Swigart, Esq.  
josh@westcoastlitigation.com  
HYDE & SWIGART  
2221 Camino Del Rio South, Suite 101  
San Diego, CA 92108  
(619) 233-7770  
(619) 297-1022 (FAX)

Todd M. Friedman, Esq.  
tfriedman@attorneysforconsumers.com  
LAW OFFICES OF TODD M. FRIEDMAN, P.C.  
369 S. Doheny Dr., #415  
Beverly Hills, CA 90211  
(877) 206-4741  
(866) 633-0228 (FAX)  
*Attorney for Plaintiff Anthony Reo*

/s/Paul W. Ziegler  
PAUL W. ZIEGLER (0012364)

18996016v1

PAUL ZIEGLER (0012364)
McNeal, Schick, Archibald, & Biro Co., L.P.A.
123 West Prospect Avenue, Suite 250
Cleveland, Ohio 44115
216-621-9870
Fax: 216-522-1112
Email: ziggy@msablaw.com
*Attorney for Defendant Caribbean Cruise Line, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO-EASTERN DIVISION

|  |  |
|---|---|
| ANTHONY REO; AND BRYAN REO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiffs,<br>vs.<br>CARIBBEAN CRUISE LINE, INC.,<br>    Defendants. | Case No. Case No. 1:14-cv-01374-DCN<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to 28 U.S.C. § 1746, I, Jeffrey A. Backman, Esq., declare as follows:

1. My full name is Jeffrey A. Backman.

2. I am a Shareholder with the law firm of Greenspoon Marder, P.A.

3. I practice under the following firm name or letterhead:

Greenspoon Marder, P.A.
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, Florida 33301
Telephone Number: (954) 491-1120
Facsimile: (954) 213-0140
Email address: Jeffrey.Backman@gmlaw.com

18996108v1

4. I submit this declaration in support of my Motion for Admission to Practice Pro Hac Vice in the above captioned matter.

5. I was admitted to practice in the Florida State Court on September 29, 2003. My Florida Bar Registration number is 662501.[1]

6. There are no pending disciplinary proceedings against me in any court, department, bureau or commission of any State or the United States, nor have I ever been disbarred or suspended from practice or received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and of the laws of the United States that the foregoing is true and corrected.

Dated this 6 day of August, 2014.

JEFFREY A. BACKMAN, ESQ.

---

[1] Attached hereto is a copy of the Certificate of Good Standing from the Florida Bar.

18996108v1



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 662501
Jeffrey Aaron Backman
Greenspoon Marder, P.A.
200 E. Broward Blvd., Ste. 1500
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 29, 2003.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this _____ day of July, 2014.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/CL:ksw1:R10