PAUL ZIEGLER (0012364)
McNeal, Schick, Archibald, & Biro Co., L.P.A.
123 West Prospect Avenue, Suite 250
Cleveland, Ohio 44115
216-621-9870
Fax: 216-522-1112
Email: ziggy@msablaw.com
*Attorney for Defendant Caribbean Cruise Line, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO-EASTERN DIVISION

ANTHONY REO; AND BRYAN REO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
    Plaintiffs,
vs.
CARIBBEAN CRUISE LINE, INC.,
    Defendants.

Case No. Case No. 1:14-cv-01374-DCN

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed Declaration of Richard W. Epstein, Esq., in support of this Motion, we will move this Court pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio for an Order allowing the admission of Richard W. Epstein, Esq., a Shareholder of the firm of Greenspoon Marder, P.A. and a member of good standing of the Bar of the State of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Caribbean Cruise

18996021v1

Line, Inc.[1] There are no pending disciplinary proceedings against him in any State or Federal court.

Respectfully submitted,

**MCNEAL, SCHICK, ARCHIBALD & BIRO CO., L.P.A.**

*/s/Paul W. Ziegler*
PAUL W. ZIEGLER  (0012364)
ziggy@msablaw.com
123 West Prospect Avenue, Suite 250
Cleveland, OH 44115
(216) 621-9870
*Attorney for Defendant*

---

[1]. By filing this Motion for Pro Hac Vice Admission, the Defendant does not waive any defense under Rule 12 of the Federal Rules of Civil Procedure, including the defense of lack of personal jurisdiction.

18996021v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on this Wednesday, August 06, 2014.

| | |
|---|---|
| Abbas Kazerounian, Esq.<br>ak@kazlg.com<br>Matthew M. Loker, Esq.<br>ml@kazlg.com<br>KAZEROUNI LAW GROUP, APC<br>120 S. LaSalle Street, Suite 1800<br>Chicago, Illinois 60603-3593<br>(800) 400-6808<br>(800) 520-5523 (FAX) | Joshua B. Swigart, Esq.<br>josh@westcoastlitigation.com<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>(619) 233-7770<br>(619) 297-1022 (FAX) |

Todd M. Friedman, Esq.
tfriedman@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
(877) 206-4741
(866) 633-0228 (FAX)
*Attorney for Plaintiff Anthony Reo*

                                              /s/Paul W. Ziegler
                                              PAUL W. ZIEGLER (0012364)

18996021v1

PAUL ZIEGLER (0012364)
McNeal, Schick, Archibald, & Biro Co., L.P.A.
123 West Prospect Avenue, Suite 250
Cleveland, Ohio 44115
216-621-9870
Fax: 216-522-1112
Email: ziggy@msablaw.com
*Attorney for Defendant Caribbean Cruise Line, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO-EASTERN DIVISION

| | |
|---|---|
| ANTHONY REO; AND BRYAN REO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>Plaintiffs,<br>vs.<br>CARIBBEAN CRUISE LINE, INC.,<br>Defendants. | Case No. Case No. 1:14-cv-01374-DCN<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to 28 U.S.C. § 1746, I, Richard W. Epstein, Esq., declare as follows:

1. My full name is Richard W. Epstein.

2. I am a Shareholder with the law firm of Greenspoon Marder, P.A.

3. I practice under the following firm name or letterhead:

   Greenspoon Marder, P.A.
   200 East Broward Boulevard
   Suite 1800
   Fort Lauderdale, Florida 33301
   Telephone Number: (954) 491-1120
   Facsimile: (954) 343-6952
   Email address: Richard.Epstein@gmlaw.com

18996118v1

4. I submit this declaration in support of my Motion for Admission to Practice Pro Hac Vice in the above captioned matter.

5. I was admitted to practice in the Florida State Court on May 30, 1977. My Florida Bar Registration number is 229091.[1]

6. There are no pending disciplinary proceedings against me in any court, department, bureau or commission of any State or the United States, nor have I ever been disbarred or suspended from practice or received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and of the laws of the United States that the foregoing is true and corrected.

Dated this 6 day of August, 2014.

RICHARD W. EPSTEIN, ESQ.

---

[1] Attached hereto is a copy of the Certificate of Good Standing from the Florida Bar.

18996118v1



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re:   229091
Richard Wayne Epstein
Greenspoon Marder, P.A.
200 E. Broward Blvd., Ste. 1500
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 31, 1977.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this _____ day of July, 2014.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/CL:ksw1:R10