BENJAMIN HILLARD (*Pro Hac Vice*)
HILLARD CUYKENDALL & ALLRED, P.A.
13143 66th Street
Largo, Florida 33773
Tel:  (727) 536-8882
Fax: (727) 536-7739
Ben.Hillard@gmail.com
HCAEService@gmail.com

JEFFREY P. POSNER (0022075)
JEFFREY P. POSNER LLC
3393 Norwood Rd,
Shaker Heights, OH 44122
Tel:  (216) 752-7504
Fax: (216) 752-8226
JPosnerLaw@SBCGlobal.net

*Attorneys for Defendant The Marketing Source, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO-EASTERN DIVISION

| | |
|---|---|
| ANTHONY REO; AND BRYAN REO, | )<br>) |
| Plaintiffs, | )<br>) Case No. Case No. 1:14-cv-01374-DCN<br>) Honorable Donald. C. Nugent |
| vs. | )<br>) |
| CARIBBEAN CRUISE LINE, INC.; THE<br>MARKETING SOURCE, INC; AND, GULF<br>COAST PROCESSING AND TRAVEL, INC., | ) **MOTION FOR ADMISSION PRO**<br>) **HAC VICE**<br>)<br>) |
| Defendants. | )<br>) |

Benjamin Hillard, Esq. of Hillard Cuykendall & Allred, P.A. moves this Court for an

Order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of

THE MARKETING SOURCE, INC. in the above-style cause only.  In support of this Motion

and pursuant to Local Rule of Civil Procedure 83.5(h), applicant states:

1.      A Certificate of Good Standing from the Florida Bar accompanies this Motion as **Exhibit A.**

2.      Pertinent information of applicant is as follows:

Name:                           Benjamin Hillard
Address:                        Hillard Cuykendall & Allred, P.A.
                                13143 66th St. N.
                                Largo, FL 33773
Telephone:                      (727) 536-8882
Facsimile:                      (727) 536-7739
Service email:                  HCAEservice@gmail.com
Highest Court Admitted:         Florida Supreme Court
Admission date:                 September 16, 2004
Florida Bar number:             764361

3.      Appellant has never been disbarred or suspended from practicing before any court, department, bureau, or commission of any State or the United States, nor has applicant received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4.      Contemporaneous with filing this Motion, applicant has submitted a *pro hac vice* fee to the Clerk of U.S. District Court in the amount prescribed in Local Rule 83.5(h).

**WHEREFORE**, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: November 10, 2015        HILLARD CUYKENDALL & ALLRED, P.A.


                                By: /s/ Benjamin Hillard
                                Benjamin Hillard, Esq.      FBN 764361
                                Amy E. Cuykendall, Esq.     FBN 010347
                                Alexander R. Allred, Esq.   FBN 100892
                                13143 66th Street North, Largo, FL 33773
                                Phone: (727) 536-8882 / Fax: (727) 536-7739
                                Service Only: HCAeservice@gmail.com
                                Attorneys for The Marketing Source, Inc.

1

2                    **CERTIFICATE OF SERVICE**

3       I hereby certify that on this 10th day of November 2015, I electronically filed the

4    foregoing utilizing the Court's CM/ECF system, which will send notification to the parties of

5    counsel indicated as follows:

6

7    Abbas Kazerounian, Esq.                Joshua B. Swigart, Esq.
     ak@kazlg.com                          josh@westcoastlitigation.com
8    Matthew M. Loker, Esq.                HYDE & SWIGART
     ml@kazlg.com                          2221 Camino Del Rio South, Suite 101
9    KAZEROUNI LAW GROUP, APC              San Diego, CA 92108
     245 Fischer Avenue                    Tel: (619) 233-7770
10   Costa Mesa, CA 92626                  Fax: (619) 297-1022
     Tel: (800) 400-6808 x 5
11   Fax: (800) 520-5523

12

13

14   Todd M. Friedman, Esq.                RICHARD W. EPSTEIN (*Pro Hac Vice*)
     tfriedman@attorneysforconsumers.com   JEFFREY A. BACKMAN (*Pro Hac Vice*)
15   LAW OFFICES OF TODD M.                GREENSPOON MARDER, P.A.
     FRIEDMAN, P.C.                        200 East Broward Boulevard, Suite 1800
16   369 S. Doheny Dr., Suite 415          Fort Lauderdale, Florida 33301
     Beverly Hills, CA  90211              Tel:  (954) 491-1120
17   Tel: (877) 206-4741                   Fax: (954) 343-6958
     Fax: (866) 633-0228                   richard.epstein@gmlaw.com
18                                         jeffrey.backman@gmlaw.com

19

20

21

22

23

24
                                           /s /Benjamin Hillard
25                                         BENJAMIN HILLARD Esq.

26

27

28

                                    Page 3 of 3



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Florida 32399-2300**

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon        )

In Re:    764361
Benjamin Earl Hillard
13143 66th St.
Largo, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 16, 2004.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this ___4th___ day of November, 2015.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/MW:kstu1:R10

