**KAZEROUNI LAW GROUP, APC**
Matthew M. Loker, Esq. (*admitted pro hac vice*)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (*admitted pro hac vice*)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*,
Anthony Reo; and, Bryan Reo

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | |
|---|---|
| **ANTHONY REO; AND, BRYAN REO,**<br><br>Plaintiffs,<br><br>v.<br><br>**CARIBBEAN CRUISE LINE, INC.; THE MARKETING SOURCE, INC.; AND, GULF COAST PROCESSING AND TRAVEL, INC.**<br><br>Defendants. | **Case No.:** 1:14-cv-01374 DCN<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. DONALD C. NUGent** |

///
///
///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiffs ANTHONY REO; and, BRYAN REO ("Plaintiffs") and Defendants CARIBBEAN CRUISE LINE, INC.; THE MARKETING SOURCE, INC.; and, GULF COAST PROCESSING AND TRAVEL, INC. ("Defendants") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 60 days. Plaintiffs request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 18, 2016 for filing a Joint Dismissal.

Dated: March 18, 2016                                  Respectfully submitted,

                                                       **KAZEROUNI LAW GROUP, APC**

                                                       By: ____/s/ Matthew M. Loker___
                                                              MATTHEW M. LOKER, ESQ.
                                                              ATTORNEY FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 18th day of March, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                       ___/s/ Matthew M. Loker___
                                                       Matthew M. Loker